PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE ANGEL CARRIZALES, | ) | |
| | ) | CASE NO.  4:22CV0334 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORRECTION OFFICER LAMBERT, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

The Complaint (ECF No. 1) in the above-entitled action was filed on March 1, 2022.  The file in this case shows no summons has been provided or issued.

If Plaintiff's counsel does not receive a returned Waiver of the Service of Summons from Defendants by April 22, 2022, they shall immediately file a Praecipe for Issuance[1] of the original summons.  The summons to be issued to Defendants should be uploaded as an attachment to the Praecipe.  See LR 4.2, if service of the summons will be made by certified mail.

IT IS SO ORDERED.

April 15, 2022
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge

---

[1] The form can be found at http://www.ohnd.uscourts.gov/forms.