PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE ANGEL CARRIZALES, | ) | |
| | ) | CASE NO.  4:22CV0334 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORRECTION OFFICER LAMBERT, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

The Complaint (ECF No. 1) in the above-entitled action was filed on March 1, 2022.

Fed. R. Civ. P. 4(m) requires the plaintiff to serve the summons and complaint upon the

defendant within 90 days after the complaint is filed.  If Plaintiff cannot show good cause why

service of the summons and complaint was not made within 90 days after the filing of the

complaint, pursuant to Rule 4(m), the action will be dismissed without prejudice on June 1,

2022.  *Moncrief v. Stone*, 961 F.2d 595, 596 (6th Cir. 1992) (interpreting the predecessor to Rule

4(m)).


IT IS SO ORDERED.


 April 25, 2022              */s/ Benita Y. Pearson*
Date                        Benita Y. Pearson
                            United States District Judge