PEARSON, J.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JOSE ANGEL CARRIZALES, | ) | |
| | ) | CASE NO.  4:22CV0334 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORRECTION OFFICER LAMBERT, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

The Complaint (ECF No. 1) in the above-entitled prisoner civil rights case was filed on March 1, 2022.  On April 15, 2022, the Court entered an Order (ECF No. 4) that provides, in pertinent part:  "If Plaintiff's counsel does not receive a returned Waiver of the Service of Summons from Defendants by April 22, 2022, they shall immediately file a Praecipe for Issuance of the original summons."  No Praecipe for Issuance of the original summons has been filed.

Fed. R. Civ. P. 4(m) requires the plaintiff to serve the summons and complaint upon the defendant within 90 days after the complaint is filed.  On April 25, 2022, Plaintiff was advised that if he could not show good cause why service of the summons and complaint was not made upon Defendants within 90 days after the filing of the complaint, pursuant to Rule 4(m), the action would be dismissed.  *See* Order (ECF No. 5).

The file in this case continues to show no service of the summons and complaint upon Defendants.  Accordingly, the Court dismisses this case without prejudice.

IT IS SO ORDERED.

| | |
|---|---|
| June 3, 2022 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |